**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**
f/u/b/o CSR Nationwide, Inc.,

      **Plaintiff,**

-vs-                                       **Case No. 6:12-cv-201-Orl-22DAB**

**POSTEL INDUSTRIES, INC., FEDERAL**
**INSURANCE COMPANY and**
**TRAVELERS CASUALTY AND SURETY**
**COMPANY OF AMERICA,**

      **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the Motion for Chesley G. Moody, Jr., Esq. To Withdraw as Attorney (Doc. No. 44) filed on November 29, 2012. This case is one of eleven cases arising out of construction projects related to the building of the VA Medical Center in Southeast Orlando, to be implemented in six phases; a number of the cases are stayed pending arbitration. *See* Doc. 47. On August 9, 2013, the lawsuit was dismissed as to the Defendant Postel Industries, Inc. and stayed as to the Surety Defendants, Federal Insurance Company and Travelers Casualty and Surety Company of America, to allow for related arbitration proceedings. Docs. 39, 40.

Mr. Moody seeks to withdraw as counsel because irreconcilable differences have arisen between him and Plaintiff. Doc. 44. On November 8, 2012, in compliance with Local Rule 2.03(b), Mr. Moody sent an email to Plaintiff's corporate counsel, Alan Bardell advising him of his intent to withdraw as local counsel of record for the Plaintiff; no objection was communicated to Mr. Moody.

Doc. 44.  On December 3, 2012, CSR Nationwide, Inc. and their corporate counsel, Alan Bardell, were ordered to show cause within 14 days why Mr. Moody and his firm should not be granted leave to withdraw from representation of CSR Nationwide, Inc.  Doc. 45.  In addition, CSR Nationwide, Inc. and Alan Bardell were ordered to state how they intended to comply with the Court's local counsel requirement if the motion is granted.  Doc. 45.  Despite the fact that Mr. Moody's motion to withdraw has been pending for more than three months and that the Court ordered a response to the Motion, as of March 7, 2013, neither CSR Nationwide, Inc. nor Alan Bardell has filed a response.  CSR Nationwide, Inc. previously failed to file a response to Postel Industries, Inc.'s Motion to Dismiss filed on July 2, 2012.  *See* Doc. 39.  It appears that CSR Nationwide, Inc. has abandoned the prosecution of its claims in the case.

It is respectfully **RECOMMENDED** the claims of CSR Nationwide, Inc. against the sureties be **DISMISSED** for failure to prosecute and failure to follow a court order and that the Motion for Chesley G. Moody, Jr. Esq. to withdraw as attorney be **DENIED as moot.**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 7, 2013.

*David A. Baker*

      DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy