# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

USA f/u/b/o CSR NATIONWIDE, INC.,

   Plaintiff,

v.   Case No: 6:12-cv-201-Orl-22DAB

FEDERAL INSURANCE COMPANY
and TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,

   Defendants.

## ORDER

This cause is before the Court on the Motion to Withdraw as Local Counsel for Plaintiff (Doc. No. 44) filed on November 29, 2012.

The United States Magistrate Judge has submitted a report recommending that the case be dismissed for failure to prosecute and failure to follow a court order, and that the Motion be DENIED as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.   The Report and Recommendation filed March 7, 2013 (Doc. No. 49), is ADOPTED and CONFIRMED and made a part of this Order.

2.   This case is DISMISSED for failure to prosecute and failure to follow a court order.

3.   The Motion to Withdraw as Local Counsel for Plaintiff (Doc. No. 44) is DENIED as moot.

4.  The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on March 25, 2013.

JOHN ANTOON II
United States District Judge
(signed in the absence of Chief
Judge Anne C. Conway)

Copies furnished to:

Counsel of Record